FILED
MAR 0 4 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13CR2196-JLS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | (Superseding) |
| HOWARD ALAN BLUM (14), | Title 18, U.S.C., Sec. 1084 — |
| Defendant. | **Transmitting Wagering Information** |

The United States Attorney charges:

Count 1

On a day as early as September 2012 but no later than November 2012, defendant HOWARD ALAN BLUM, being engaged in the business of betting and wagering, knowingly used a wire communication facility for the transmission in foreign commerce, between the Southern District of California and the country of Peru, information assisting in the placing of bets and wagers on a sporting event and contest; in violation of Title 18, United States Code, Section 1084.

DATED: March 4, 2014.

LAURA E. DUFFY
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney