FILED
MAR 0 4 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13CR2196-JLS |
|---|---|
| Plaintiff, v. | WAIVER OF INDICTMENT |
| HOWARD ALAN BLUM (14), | |
| Defendant. | |

I, HOWARD ALAN BLUM, understand I am accused of of **Transmitting Wagering Information (felony)** in violation of 18 U.S.C. § 1084.

Being advised of the nature of the charge(s), the proposed information, and of my rights, I hereby waive in open court on **March 4, 2014**, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
HOWARD ALAN BLUM
Defendant

_____
ROBERT L. GRIMES
DANA M. GRIMES
Counsel for Defendant

Before: _____
Hon. JAN M. ADLER
U.S. Magistrate Judge