# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 13CR 2196 JLS |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| HOWARD ALAN BLUM (14) | ) | Booking No. 89330298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __5/30/2014__ the Court entered the following order:

_____ Defendant be released from custody.

__✓__ Defendant placed on (supervised) / unsupervised (probation) / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**Hon. Janis Sammartino**

UNITED STATES MAGISTRATE JUDGE

Received __P._____ DUSM__

JOHN MORRILL            OR     Clerk
by /s/

Deputy Clerk

Crim-9   (Rev. 8-11)

ALEX RAMOS 619-557-5291

CLERK'S COPY